COMPOSITE TECHNOLOGY INTERNATIONAL, INC., Plaintiff–Appellant

v.

UNITED STATES, Defendant–Appellee

2016–1256

United States Court of Appeals, Federal Circuit.

October 4, 2016

KAYLA REGINA OWENS, Stein Shostak Shostak Pollack & O'Hara, Los Angeles, CA, argued for plaintiff-appellant. Also represented by JOSEPH COX.

STEPHEN CARL TOSINI, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for defendant-appellee. Also represented by BENJAMIN C. MIZER, JEANNE E. DAVIDSON, PATRICIA M. MCCARTHY; YELENA SLEPAK, Office of the Assistant Chief Counsel, United States Customs and Border Protection, New York, NY.

### JUDGMENT

Per Curiam (O'Malley, Bryson, and Stoll, Circuit Judges).

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**